# 1

Approved, SCAO

Original – Court
1st copy – Defendant/Juvenile
2nd copy – Surety or other depositor

| STATE OF MICHIGAN 9TH JUDICIAL CIRCUIT | JUDGMENT AFTER BOND FORFEITURE | CASE NO. 2023-1125-FH |
|---|---|---|

ORI: MI- 390015J
Court address: 330 ELEANOR STREET, KALAMAZOO, MI 49007
Court telephone no.: (269) 383-8837

THE PEOPLE OF ☒ The State of Michigan

v

Defendant's name: Tyrone Antuan Hollin
CTN/TCN: 392300418201
K123050153K
SID: MI-1632210P

☐ Juvenile   In the matter of _____

**TO:**

Name and address of defendant/parent posting bond
Tyrone Antuan Hollin
614 Reed AVE
Kalamazoo MI  49001

Name and address of surety or other depositor posting bond
Atwater Bail Bonds
223 Hubbard ST STE D
Allegan MI  49010

**FILED AUG 9 2024**
9TH JUDICIAL CIRCUIT
COUNTY OF KALAMAZOO
KALAMAZOO, MICHIGAN

Offense(s): Child Sexually Avsuve Comm Activity and five other charges

*Full bail amount: 100,000.00
Amount of cash deposited: $0
TYPE OF BOND: Surety POA U100-21618071

1. The above bond was forfeited and defendant was ordered to surrender to the court within 28 days. The defendant/juvenile failed to surrender as ordered. **IT IS ORDERED**: Judgment is entered in the full bail amount as follows:

   FOR:    Kalamazoo County Circuit Court
           Unit of government
   AGAINST: Atwater Bail Bonds
           Defendant/Parent/Surety/Depositor

   Full bail amount.......................... $100,000.00
   Plus costs....................................
   Total amount of judgment.......... $100,000.00

   Less amount of cash deposited _____
   **Balance of judgment**............. $100,000.00

*If a 10% bond is allowed by the court and a surety bond for one quarter of the full bail amount has been posted by a surety under MCL 765.6(2), judgment against the surety is limited to that one quarter. The remaining three quarters of the full bail amount plus costs are the responsibility of the defendant/parent, less the amount of cash deposited.

The balance of this judgment must be paid by 9/27/2024 . If it is not paid within 56 days of this date, a 20% late penalty on the amount owed will be applied to the balance and any allowed methods of collection will be pursued.

2. ☒ a. The original charge(s) against the defendant/juvenile, for which the forfeited bond was posted, is/are still pending. A bench warrant/order to apprehend has been issued on the original charge(s).

   ☐ b. Fine and costs as ordered have not been paid. A bench warrant/order to apprehend was issued for failure to comply with judgment and bond posted to ensure appearance. Contempt/show-cause proceedings, for which bond was posted, are still pending.

8/9/24
Date

Judge Kenneth N. Barnard, P57169       Bar no.

**CERTIFICATE OF MAILING**

I certify that on this date copies of this judgment were served on the defendant or parent and surety or person who posted bond by first-class mail addressed to the last-known addresses as defined by MCR 2.107(C)(3).

8/12/24
Date

Clerk/Deputy

Ex1

MC 238-T  (Rev 8/20)  JUDGMENT AFTER BOND FORFEITURE
9CC Duplicated 4/21/22

MCL 765.15, MCL 765.22, MCL 780.66, MCL 780.67, MCR 6.106(I)

# MORTGAGE

**2023-025888**
**KALAMAZOO COUNTY MI**
**MEREDITH PLACE**
**REGISTER OF DEEDS**

## OFFICIAL LAND RECORD

**Document Number:** 2023-025888

**Arrival Date and Time:** 10/26/2023 4:02:00 PM

**Recording Date and Time:** 10/27/2023 8:24:24 AM

**GRANTOR:** HOLLIN TYRONE

**GRANTEE:** UNITED STATES FIRE INSURANCE COMPANY

I hereby certify that this instrument was RECEIVED and RECORDED on the date and times stamped above in the OFFICIAL PUBLIC RECORDS of the REGISTER OF DEEDS, Kalamazoo County, Michigan.

**Meredith Place, Clerk/Register**
Clerk / Register of Deeds
Kalamazoo County Michigan

Ex1

**For Internal Use ONLY:**
DocId: 20078209
TxId: 40065366

Page 1 of 4

3P

## MORTGAGE SECURING BAIL BOND AGREEMENT

THIS MORTGAGE, made this __28th__ day __August__, 20__23__, by <u>Tyrone Hollin</u>, of __Kalamazoo__, Michigan (herein "Mortgagor"), mortgages and warrants to **United States Fire Insurance Company,** a Delaware corporation, of 11490 Westheimer Road Suite 300, Houston, TX 77077, (herein "Mortgagee"), the following described lands, premises and all buildings and improvements erected upon said land, situated in the City of __Kalamazoo__, County of __Kalamazoo__, State of Michigan, titled in Mortgagor, commonly known as __614 Reed Ave.__ ("property") and legally described as:

28704 REVISED PLAT OF LINDEN PARK, LIBER 7 OF PLATS PAGE 11, LOT 6.

(☐) If checked, legal description attached as Rider A

Together with all tenements, hereditaments and appurtenances; to secure the repayment of all indebtedness, fees and expenses incurred under a Bail Bond Agreement, and related or similar Agreement(s) ("Bond"), executed by the parties, on or about, __August 26__, 20__23__ in the amount of $__100,000.00__ in favor of __Tyrone Hollin__ ("Defendant"). The Mortgagor covenants to pay in full, along with all fees and expenses, the amount of the Bond when due to the Court or to **United States Fire Insurance Company**.

This Mortgage may be enforced upon default in the covenants of this Mortgage or after any forfeiture of the Bond, or if there is a failure to pay fees or expenses due to **United States Fire Insurance Company**. This Mortgage is security for the repayment of said Bond, fees or expenses, should it be forfeited.

The Mortgagor may or has signed a Quit Claim deed to **United States Fire Insurance Company,** covering the property. If Mortgagor defaults under this Mortgage or the Bond, the Mortgagee shall have the right, but is not so obligated, to record the Quit Claim deed with the Register of Deeds, and all interest of Mortgagor in the property shall be released and vest absolutely in Mortgagee, and possession delivered promptly to Mortgagee.

Should said Defendant and/or Mortgagor, properly perform all obligations and duties to the Court and **United States Fire Insurance Company,** and the Bond be discharged by the Court, and Mortgagee has received full payment of all debts, charges, fees or expenses, Mortgagee shall sign and deliver a Discharge of Mortgage, in recordable form, and return the signed Quit Claim deed to Mortgagor.

The Mortgagor shall insure all buildings and improvements upon said property against loss or damage by fire and other casualty, and with public liability and property damage, with insurers, and in sufficient amount with the loss payable to, or as an additional insured of, Mortgagee, as their interests may appear. Mortgagor shall provide Mortgagee with proof of such insurance. Mortgagor shall pay the taxes, assessments and all charges against the property which shall be levied thereon, whether levied against the said Mortgagor or otherwise, before any penalty or interest attaches; provided Mortgagee may advance any sums necessary to protect and maintain the property securing this Mortgage which sums shall be added to the amounts due hereunder.

Ex1

MI MTGE SECURING BOND USFIC 1/2020

Upon default being made in any of the aforesaid covenants, Mortgagee is authorized and empowered to grant, bargain and sell, release and convey the said property and appurtenances, at public venue, and to execute and deliver to the purchasers at such sale, good and sufficient deeds of conveyance in law, pursuant to the statute in such case made and provided, rendering any surplus moneys, after payment of the moneys due hereon, the attorney fee provided by law, and the costs and charges of such venue and sale to the said Mortgagor.

The Mortgagor agrees and covenants not to convey or assign or transfer the land, premises and property subject to this Mortgage without obtaining the written consent of the Mortgagee. Should Mortgagor violate this covenant, Mortgagee may, at its option, without notice, declare the unpaid balance on this Mortgage forthwith due and payable. All remedies provided in this Mortgage are distinct and cumulative to any other right or remedy under this Mortgage or afforded by law or equity, and may be exercised concurrently, independently or successively.

This Mortgage shall be governed by the laws of the State of Michigan, and the covenants and agreements herein contained shall bind, and the rights hereunder shall inure to, the respective successors and assigns of Mortgagor and Mortgagee.

This Mortgage has been duly executed by Mortgagor, who covenants that they are lawfully seized of the estate hereby conveyed.

_Tyrone Hollin_ (signature)

**STATE OF MICHIGAN** }
                      } ss.
COUNTY OF _Kalamazoo_ }

The foregoing Mortgage was acknowledged before me this 28th day of August 2023, by Tyrone Hollin

_Jennifer DeGroot_ (signature)
Notary Public, Kal. County, Michigan
My commission expires: 3/19/2025
Acting in Kalamazoo County, Michigan

JENNIFER J. DEGROOT
NOTARY PUBLIC
State of Michigan
My Commission Expires
March 19, 2025

PREPARED BY AND RETURN TO: _Kevin Cooper-Keel_
**United States Fire Insurance Company**
11490 Westheimer Road Suite 300
Houston, TX 77077

**PROMISSORY NOTE**
Dated: 6-28-23

I/We the undersigned do each jointly and severally promise to pay, upon demand, to the **United States Fire Insurance Company**, _One Hundred_ Thousand and 00/100 Dollars ($_100,000.00_), at 11490 Westheimer Road Suite 300, Houston, TX 77077. This Note represents the bond or bonds of _____ (defendant) which were posted on or about the _28_ day of _August_, 20_23_, and this note shall become immediately due and payable at such time as the bond is forfeited. Should a Bond forfeiture or Mortgage default occur,

MI MTGE SECURING BOND USFIC 1/2020

the total due under this Note shall thereupon commence to bear interest at ten (10%) percent per annum from the date of forfeiture or default, along with all costs, expenses and attorney fees incurred by **United States Fire Insurance Company** in the recapture of the defendant, or in the enforcement of the Bond or Mortgage.

_____
Tyrone Hollin

Ex1

MI MTGE SECURING BOND USFIC 1/2020

# MORTGAGE

2023-025889
KALAMAZOO COUNTY MI
MEREDITH PLACE
REGISTER OF DEEDS

## OFFICIAL LAND RECORD

**Document Number:** 2023-025889

**Arrival Date and Time:** 10/26/2023 4:02:00 PM

**Recording Date and Time:** 10/27/2023 8:24:24 AM

**GRANTOR:** ANDERSON DIANNE

**GRANTEE:** UNITED STATES FIRE INSURANCE COMPANY

I hereby certify that this instrument was RECEIVED and RECORDED on the date and times stamped above in the OFFICIAL PUBLIC RECORDS of the REGISTER OF DEEDS, Kalamazoo County, Michigan.

*Meredith Place*

**Meredith Place, Clerk/Register**
Clerk / Register of Deeds
Kalamazoo County Michigan

Ex1

**For Internal Use ONLY:**
DocId: 20078212
TxId: 40065366

**Page 1 of 4**

3P
3

## MORTGAGE SECURING BAIL BOND AGREEMENT

THIS MORTGAGE, made this 25 day August, 2023, by Diane Anderson NKA, of Kalamazoo, Michigan (herein "Mortgagor"), mortgages and warrants to **United States Fire Insurance Company**, a Delaware corporation, of 11490 Westheimer Road Suite 300, Houston, TX 77077, (herein "Mortgagee"), the following described lands, premises and all buildings and improvements erected upon said land, situated in the City of Kalamazoo County of Kalamazoo, State of Michigan, titled in Mortgagor, commonly known as 1034 Hotop Ave., Kalamazoo ("property") and legally described as:

HOTOPS PLAT UNION ADDITION E 44FT OF LOT 23.

( ☐ ) If checked, legal description attached as Rider A

Together with all tenements, hereditaments and appurtenances; to secure the repayment of all indebtedness, fees and expenses incurred under a Bail Bond Agreement, and related or similar Agreement(s) ("Bond"), executed by the parties, on or about August 25, 2023 in the amount of $100,000.00 in favor of Tyrone Hollin ("Defendant"). The Mortgagor covenants to pay in full, along with all fees and expenses, the amount of the Bond when due to the Court or to **United States Fire Insurance Company**.

This Mortgage may be enforced upon default in the covenants of this Mortgage or after any forfeiture of the Bond, or if there is a failure to pay fees or expenses due to **United States Fire Insurance Company**. This Mortgage is security for the repayment of said Bond, fees or expenses, should it be forfeited.

The Mortgagor may or has signed a Quit Claim deed to **United States Fire Insurance Company**, covering the property. If Mortgagor defaults under this Mortgage or the Bond, the Mortgagee shall have the right, but is not so obligated, to record the Quit Claim deed with the Register of Deeds, and all interest of Mortgagor in the property shall be released and vest absolutely in Mortgagee, and possession delivered promptly to Mortgagee.

Should said Defendant and/or Mortgagor, properly perform all obligations and duties to the Court and **United States Fire Insurance Company,** and the Bond be discharged by the Court, and Mortgagee has received full payment of all debts, charges, fees or expenses, Mortgagee shall sign and deliver a Discharge of Mortgage, in recordable form, and return the signed Quit Claim deed to Mortgagor.

The Mortgagor shall insure all buildings and improvements upon said property against loss or damage by fire and other casualty, and with public liability and property damage, with insurers, and in sufficient amount with the loss payable to, or as an additional insured of, Mortgagee, as their interests may appear. Mortgagor shall provide Mortgagee with proof of such insurance. Mortgagor shall pay the taxes, assessments and all charges against the property which shall be levied thereon, whether levied against the said Mortgagor or otherwise, before any penalty or interest attaches; provided Mortgagee may advance any sums necessary to protect and maintain the property securing this Mortgage which sums shall be added to the amounts due hereunder.

Ex 1

MI MTGE SECURING BOND USFIC 1/2020

Upon default being made in any of the aforesaid covenants, Mortgagee is authorized and empowered to grant, bargain and sell, release and convey the said property and appurtenances, at public venue, and to execute and deliver to the purchasers at such sale, good and sufficient deeds of conveyance in law, pursuant to the statute in such case made and provided, rendering any surplus moneys, after payment of the moneys due hereon, the attorney fee provided by law, and the costs and charges of such venue and sale to the said Mortgagor.

The Mortgagor agrees and covenants not to convey or assign or transfer the land, premises and property subject to this Mortgage without obtaining the written consent of the Mortgagee. Should Mortgagor violate this covenant, Mortgagee may, at its option, without notice, declare the unpaid balance on this Mortgage forthwith due and payable. All remedies provided in this Mortgage are distinct and cumulative to any other right or remedy under this Mortgage or afforded by law or equity, and may be exercised concurrently, independently or successively.

This Mortgage shall be governed by the laws of the State of Michigan, and the covenants and agreements herein contained shall bind, and the rights hereunder shall inure to, the respective successors and assigns of Mortgagor and Mortgagee.

This Mortgage has been duly executed by Mortgagor, who covenants that they are lawfully seized of the estate hereby conveyed.

_____

/s/ Dianne Anderson
Dianne Anderson

**STATE OF MICHIGAN  }**
                    } ss.
COUNTY OF Kalamazoo }

The foregoing Mortgage was acknowledged before me this 25th day of August 20 23, by Dianne Anderson

_____
Notary Public, Kalamazoo County, Michigan
My commission expires: 08/01/2024
Acting in Kalamazoo County, Michigan

JEFFREY A TERMOLEN, Notary Public
State of Michigan, County of Kalamazoo
My Commission Expires 08/01/2024
Acting in the County of Kalamazoo

PREPARED BY AND RETURN TO: Nevin Cooper-Keel
**United States Fire Insurance Company**
11490 Westheimer Road Suite 300
Houston, TX 77077

**PROMISSORY NOTE**

Dated: _____

I/We the undersigned do each jointly and severally promise to pay, upon demand, to the **United States Fire Insurance Company**, _____ Thousand and 00/100 Dollars ($_____), at 11490 Westheimer Road Suite 300, Houston, TX 77077. This Note represents the bond or bonds of _____ (defendant) which were posted on or about the _____ day of _____, 20____, and this note shall become

MI MTGE SECURING BOND USFIC 1/2020

EX 1

immediately due and payable at such time as the bond is forfeited. Should a Bond forfeiture or Mortgage **default** occur, the total due under this Note shall thereupon commence to bear interest at ten (10%) percent per annum from the date of forfeiture or default, along with all costs, expenses and attorney fees incurred by **United States Fire Insurance Company** in the recapture of the defendant, or in the enforcement of the Bond or Mortgage.



MI MTGE SECURING BOND USFIC 1/2020

# ASSIGNMENT

2024-024066
KALAMAZOO COUNTY MI
MEREDITH PLACE
REGISTER OF DEEDS

## OFFICIAL LAND RECORD

**Document Number:** 2024-024066

**Arrival Date and Time:** 9/17/2024 2:28:00 PM

**Recording Date and Time:** 9/17/2024 2:32:22 PM

**GRANTOR:** HOLLIN TYRONE

**GRANTEE:** ATWATER BAIL BONDS

I hereby certify that this instrument was RECEIVED and RECORDED on the date and times stamped above in the OFFICIAL PUBLIC RECORDS of the REGISTER OF DEEDS, Kalamazoo County, Michigan.

*Meredith Place*

**Meredith Place, Clerk/Register**
Clerk / Register of Deeds
Kalamazoo County Michigan

Ex 1

For Internal Use ONLY:
DocId: 20143716
TxId: 40122303

Page 1 of 2

AFTER RECORDING RETURN TO: Atwater Bail Bonds, at 3127 127th Ave, Allegan, MI 49010

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage, United States Fire Insurance Company, (herein "Assignor") whose address is 11490 Westheimer Road, Suite 250, Houston, TX 77077, does hereby grant, sell assign, transfer and convey unto Atwater Bail Bonds, at 3127 127th Ave, Allegan, MI 49010, (herein "Assignee"), a certain Mortgage dated August 28, 2023, made and executed by Tyrone Hollin of 614 Reed Ave Kalamazoo, MI 49001 to and in favor of United States Fire Insurance Company, upon the following described property situated in Kalamazoo County, Michigan:

**Lot: 6 Dist: 0 City: Kalamazoo City 28704 Revised Plat of Linden Park, Liber 7 of Plats Page 11, Lot 6**
**Parcel No.: 06-27-227-006**

Such Mortgage having been given to secure payment of $100,000.00 which Mortgage is of record in Book, Volume or Liber No. N/A, at Page N/A or as Instrument No. 2023-025888 of the Public Records of Kalamazoo County, State of Michigan together with the note(s) and obligations therein described and the money due, and to become due thereon with interest, all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on September 13, 2024.

WITNESSES

Print name: Michelle Wilson

Print Name: Brittany K. Vosler

United States Fire Insurance Company
Assignor
By: _____
Signature: Karyn Herrmann, Vice President

STATE OF PENNSYLVANIA
                                    SS:
COUNTY OF MERCER

Personally appeared on this the 13th day of September, 2024 Karyn Herrmann, Vice President, of Assignor, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed and the free act and deed of Assignor, before me.

Commonwealth of Pennsylvania - Notary Seal
JENNIFER SHOOK - Notary Public
Mercer County
My Commission Expires October 23, 2027
Commission Number 1360085

Notary Public- Jennifer Shook
My commission expires: 10/23/2027

Ex1

# ASSIGNMENT

**2024-024067**
**KALAMAZOO COUNTY MI**
**MEREDITH PLACE**
**REGISTER OF DEEDS**

## OFFICIAL LAND RECORD

**Document Number:** 2024-024067

**Arrival Date and Time:** 9/17/2024 2:28:00 PM

**Recording Date and Time:** 9/17/2024 2:32:22 PM

**GRANTOR:** ANDERSON DIANE

**GRANTEE:** ATWATER BAIL BONDS

I hereby certify that this instrument was RECEIVED and RECORDED on the date and times stamped above in the OFFICIAL PUBLIC RECORDS of the REGISTER OF DEEDS, Kalamazoo County, Michigan.



**Meredith Place, Clerk/Register**
Clerk / Register of Deeds
Kalamazoo County Michigan

For Internal Use ONLY:
DocId: 20143717
TxId: 40122303

Ex H

Page 1 of 2

AFTER RECORDING RETURN TO: Atwater Bail Bonds, at 3127 127th Ave, Allegan, MI 49010

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage, United States Fire Insurance Company, (herein "Assignor") whose address is 11490 Westheimer Road, Suite 250, Houston, TX 77077, does hereby grant, sell assign, transfer and convey unto Atwater Bail Bonds, at 3127 127th Ave, Allegan, MI 49010, (herein "Assignee"), a certain Mortgage dated August 25, 2023, made and executed by Diane Anderson of 1034 Hotop Ave, Kalamazoo, MI 49048 to and in favor of United States Fire Insurance Company, upon the following described property situated in Kalamazoo County, Michigan:

**Lot: 23 Dist: 0 City: Kalamazoo City 26066 F. Hotops Plat Union Addition E 44ft of Lot 23 Parcel No.: 06-14-163-023**

Such Mortgage having been given to secure payment of $100,000.00 which Mortgage is of record in Book, Volume or Liber No. N/A, at Page N/A or as Instrument No. 2023-025889 of the Public Records of Kalamazoo County, State of Michigan together with the note(s) and obligations therein described and the money due, and to become due thereon with interest, all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on September 13, 2024.

WITNESSES

Print name: Michelle Wilson

Print Name: Brittany K Vasler

United States Fire Insurance Company
Assignor

By: _____
Signature: Karyn Herrmann, Vice President

STATE OF PENNSYLVANIA

SS:

COUNTY OF MERCER

Personally appeared on this the 13th day of September, 2024 Karyn Herrmann, Vice President, of Assignor, signer and sealer of the foregoing instrument, and acknowledged the same to be his free act and deed and the free act and deed of Assignor, before me.

Commonwealth of Pennsylvania - Notary Seal
JENNIFER SHOOK - Notary Public
Mercer County
My Commission Expires October 23, 2027
Commission Number 1360083

Notary Public-
My commission expires: 10/23/2027

Ex1