UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| NEVIN P. COOPER-KEEL,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WEAVER and MICHELE GREENLEE, Sued in their individual capacities, and KALAMAZOO COUNTY, a County in Michigan.<br><br>    Defendants. | Case No. 1:24-CV-1318<br><br>HON. PAUL M. MALONEY<br>MAG. JUDGE MAARTEN VERMAAT |

_____

Nevin P. Cooper-Keel
In Pro Per
3127 127th Avenue
Allegan, MI 49010
(616) 329-7077
Nevincooperkeel@gmail.com

Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Corey J. Volmering (P85380)
Cummings, McClorey, Davis & Acho
Attorneys for Defendants
2851 Charlevoix Dr., S.E. - Suite 203
Grand Rapids MI  49546
(616) 975-7470
avanderlaan@cmda-law.com
krewa@cmda-law.com
cvolmering@cmda-law.com

_____

**CONSENT ORDER GRANTING PLAINTIFF LEAVE
TO FILE A SECOND AMENDED COMPLAINT**

The parties, through their respective attorneys, where represented, agree to grant leave for Plaintiff to file a Second Amended Complaint. The Court being fully advised orders the following:

**IT IS ORDERED:**

1. Plaintiff may file a Second Amended Complaint within 14 days from entry of this Order.

2. Defendant will have 30 days from Plaintiff's filing of the Second Amended Complaint to file an Answer to the same.

3. All other orders and their provisions not inconsistent with this Order remain in full for and effect.

**IT IS ORDERED.**

*THIS IS NOT A FINAL ORDER AND THE CASE REMAINS OPEN.*

Dated: _____
MAG. JUDGE MAARTEN VERMAAT

CONTENT AND FORM APPROVED BY:

Dated: April 1, 2025      _____
Nevin Cooper-Keel

Dated: April 1, 2025      */s/ Corey Volmering*
Allan C. Vander Laan (P33898)
Kristen Rewa (P73043)
Corey J. Volmering (P85380)
Attorneys for Defendants