UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| NEVIN P. COOPER-KEEL,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WEAVER and MICHELE GREENLEE, Sued in their individual capacities, and KALAMAZOO COUNTY, a County in Michigan.<br><br>    Defendants. | Case No. 1:24-CV-1318<br><br>HON. PAUL M. MALONEY<br>MAG. JUDGE MAARTEN VERMAAT |

| | |
|---|---|
| Nevin P. Cooper-Keel<br>In Pro Per<br>3127 127th Avenue<br>Allegan, MI 49010<br>(616) 329-7077<br>Nevincooperkeel@gmail.com | Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>Corey J. Volmering (P85380)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants<br>2851 Charlevoix Dr., S.E. - Suite 203<br>Grand Rapids MI  49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com<br>cvolmering@cmda-law.com |

_____

### CONSENT ORDER GRANTING PLAINTIFF LEAVE
### TO FILE A SECOND AMENDED COMPLAINT

The parties, through their respective attorneys, where represented, agree to grant leave for Plaintiff to file a Second Amended Complaint. The Court being fully advised orders the following:

**IT IS ORDERED:**

1. Plaintiff may file a Second Amended Complaint within 14 days from entry of this Order.

2. Defendant will have 30 days from Plaintiff's filing of the Second Amended Complaint to file an Answer to the same.

3. All other orders and their provisions not inconsistent with this Order remain in full for and effect.

4. The Rule 16 conference currently scheduled for **April 15, 2025 at 10:00 a.m.** will be adjourned and rescheduled once an answer to the amended complaint is filed.

**IT IS ORDERED.**

*THIS IS NOT A FINAL ORDER AND THE CASE REMAINS OPEN.*

Dated:  April 8, 2025         /s/ *Marten Vermaat*
                              MAG. JUDGE MAARTEN VERMAAT

CONTENT AND FORM APPROVED BY:

Dated: April 1, 2025          _____
                              Nevin Cooper-Keel


Dated: April 1, 2025          /s/ Corey Volmering
                              Allan C. Vander Laan (P33898)
                              Kristen Rewa (P73043)
                              Corey J. Volmering (P85380)
                              Attorneys for Defendants